**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on September 8, 2009)

|  |  |  |
|---|---|---|
| **PSEG NUCLEAR, L.L.C.** and **PUBLIC SERVICE ELECTRIC AND GAS COMPANY**, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 01-551C (Senior Judge Futey) |
| **THE UNITED STATES,** | ) ) | |
| Defendant. | ) ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's July 13, 2009 order, Plaintiffs PSEG Nuclear, L.L.C. and Public Service Electric and Gas Company and Defendant the United States submit this joint status report to inform the Court regarding the status of settlement negotiations. The parties continue to discuss settlement, but need additional time to come to some resolution regarding these discussions. Therefore, the parties respectfully request that the Court continue the stay for an additional 62 days through November 9, 2009 at which time the parties will submit a status report informing the Court whether the parties have reached settlement, require additional time, or intend to proceed to trial.

401413164v1

Dated:  September 8, 2009

*Of Counsel*:
Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP
SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037-1128
(202) 663-8000
(202) 663-8007 (fax)

Respectfully submitted,

s/ Alex D. Tomaszczuk by s/ Daniel S. Herzfeld
Alex D. Tomaszczuk
**PILLSBURY WINTHROP
SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, Virginia 22102-4859
(703) 770-7940
(703) 770-7901 (fax)
Counsel of Record for Plaintiffs
PSEG Nuclear, L.L.C. and
Public Service Electric and Gas Company


TONY WEST
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr. by s/Daniel S. Herzfeld
HAROLD D. LESTER, JR.
Assistant Director

s/ Sonia M. Orfield by s/Daniel S. Herzfeld
SONIA M. ORFIELD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 353-0534
Fax: (202) 307-2503
Attorneys for Defendant

OF COUNSEL:
JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

401413164v1