# In the United States Court of Federal Claims

No. 01-551C

(Filed September 9, 2009)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PSEG NUCLEAR, L.L.C.** and
**PUBLIC SERVICE ELECTRIC AND**
**GAS COMPANY,**

       **Plaintiffs,**

  **v.**

**THE UNITED STATES,**

       **Defendant.**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Pursuant to the Joint Status Report, filed on September 8, 2009, the stay in this matter shall continue, and the parties shall file a joint status report concerning settlement negotiations by Monday, November 9, 2009.

IT IS SO ORDERED.

                                          s/Bohdan A. Futey
                                          **BOHDAN A. FUTEY**
                                                 **Judge**