**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on November 9, 2009)

|  |  |  |
|---|---|---|
| **PSEG NUCLEAR, L.L.C.** and **PUBLIC SERVICE ELECTRIC AND GAS COMPANY**, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 01-551C (Senior Judge Futey) |
| **THE UNITED STATES,** | ) ) | |
| Defendant. | ) ) ) | |

**STIPULATION OF DISMISSAL**

Pursuant to RCFC 41(a)(1)(A)(ii), Plaintiffs PSEG Nuclear, L.L.C. and Public Service Electric and Gas Company, hereby dismiss this action, with prejudice, by stipulation of the parties, with each party to bear its own costs, expenses, and attorneys' fees.

Dated:  November 9, 2009         Respectfully submitted,

*Of Counsel*:                    s/ Alex D. Tomaszczuk by s/ Daniel S. Herzfeld
Jay E. Silberg                   Alex D. Tomaszczuk
Daniel S. Herzfeld               **PILLSBURY WINTHROP**
Jack Y. Chu                      **SHAW PITTMAN LLP**
**PILLSBURY WINTHROP**           1650 Tysons Boulevard
**SHAW PITTMAN LLP**             McLean, Virginia 22102-4859
2300 N Street, N.W.              (703) 770-7940
Washington, D.C. 20037-1128      (703) 770-7901 (fax)
(202) 663-8000                   Counsel of Record for Plaintiffs
(202) 663-8007 (fax)             PSEG Nuclear, L.L.C. and
                                 Public Service Electric and Gas Company

|  |  |
|---|---|
|  | TONY WEST<br>Assistant Attorney General |
|  | JEANNE E. DAVIDSON<br>Director |
|  | s/ Harold D. Lester, Jr. by s/Daniel S. Herzfeld<br>HAROLD D. LESTER, JR.<br>Assistant Director |
| OF COUNSEL:<br>JANE K. TAYLOR<br>Office of General Counsel<br>U.S. Department of Energy<br>1000 Independence Ave., S.W.<br>Washington, D.C. 20585 | s/ Sonia M. Orfield by s/ Marian E. Sullivan by<br>s/ Daniel S. Herzfeld<br>SONIA M. ORFIELD<br>Trial Attorney<br>Commercial Litigation Branch<br>Civil Division<br>Department of Justice<br>1100 L Street, N.W.<br>Attn: Classification Unit<br>8th Floor<br>Washington, D.C. 20530<br>Tele: (202) 353-0534<br>Fax: (202) 307-2503<br>Attorneys for Defendant |